No. 76–407. WINTERS v. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. Appeal from D. C. E. D. N. Y. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely appeal may be taken to the United States Court of Appeals for the Second Circuit.

No. 76–190. ESTELLE, CORRECTIONS DIRECTOR v. COLE. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Stone* v. *Powell,* 428 U. S. 465 (1976).

No. A–400 (76–5635). HANNAH v. MISSISSIPPI. Sup. Ct. Miss. Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

Nos. A–403 and A–437 (76–5690). McDONALD v. TENNESSEE ET AL. Sup. Ct. Tenn. Applications for stay and other relief, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.